IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICARDO A. GOMEZ and DEBORA GOMEZ, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:14 cv 09420 |
| CAVALRY PORTFOLIO SERVICES, LLC, And CAVALRY SPV I, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' RESPONSES TO DEFENDANTS
ADDITIONAL STATEMENT OF MATERIAL FACTS**

Plaintiffs Ricardo and Debora Gomez (collectively, "Plaintiffs"), by counsel, submit this response to defendants' additional statement of material facts pursuant to Local Rule 56.1:

1. Plaintiffs understood that in exchange for being granted credit for purchases, they promised to pay interest.

Response: Admit that plaintiff Ricardo Gomez generally understood that interest is charged to credit card accounts.

2. Federal regulations mandate that BOA charge off delinquent credit card accounts after 180 days; but ███████████████████████████████████████████████
████████████████████████████████████████████████████████
█████████

Response: Admit.

3. BOA ████████████████████████████████████████████████
██████████████████

Response: Admit.

4. Beginning in 2007, ███████████████████████████████████

███████████████████████████████████████

Response: Admit. ███████████████████████████████████

███████████

5. But ███████████████████████████████████████

███████████████████████████████.

Response: Deny. This is not a fact but a legal conclusion and attorney for plaintiff objected as such when the question was asked. (Deposition of Andrew Walch ("Walch Tr.") 41:21-42:4, attached as Exhibit B to Defendants Statement of Additional Material Facts). Further, BoA's testimony was ███████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███

6. BOA believes ███████████████████████████████████

█

Response: Admit. However, BoA's testimony ███████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████. (Walch Tr. 41:21-42:4, attached as Exhibit B to Defendants Statement of Additional Material Facts)

2

▇▇▇ BOA's cardholder ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Response: Deny. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

(Walch Tr. 41:12-20, attached as Exhibit B to Defendants Statement of Additional Material Facts).

▇▇▇ In determining how much interest to compute as due on an account, ▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇

Response: Deny. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇ (Deposition of Alfred Brothers ("Brothers Tr.") 17:9-18:1., attached as Exhibit C to Defendants Statement of Additional Material Facts).

9.    For Plaintiffs' Account, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇

Response: Admit. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇

10.   Plaintiffs never considered or contemplated that BOA may have waived interest until they received correspondence from CPS and spoke with their attorney about it.

Response: Deny. Plaintiff further testified that she believed that interest had ceased when BoA stopped trying to collect the debt and ceased sending periodic statements. (Deposition of Debora Gomez, ("Debora Tr.") 47:16-48:3, attached as Exhibit E to Defendants Statement of Additional Material Facts).

                          Respectfully submitted,

                          Ricardo and Debora Gomez

                    By:  /s/ *Emiliya Gumin Farbstein*
                          One of their Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Emiliya Gumin Farbstein
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
courtecl@edcombs.com

## CERTIFICATE OF SERVICE

      Emiliya Gumin Farbstein, an attorney, certifies that on September 6, 2017, she electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:.

Anna-Katrina S. Christakis  
Matthew O. Stromquist  
Pilgrim Christakis LLP  
321 North Clark Street, 26th Floor  
Chicago, Illinois 60654  
Ph. (312) 939-0953  
Fax (312) 939-0983  

                                                  /s/ *Emiliya Gumin Farbstein*