IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICARDO A. GOMEZ ) <br> and DEBORA GOMEZ, ) <br> on behalf of plaintiffs and a class, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br>   v. ) <br>   ) <br> CAVALRY PORTFOLIO SERVICES, ) <br> LLC, and CAVALRY SPV I, LLC, ) <br>   ) <br>   Defendants. ) | 1:14-cv-9420 <br><br> Judge Andrea R. Wood |

## NOTICE OF MOTION

**TO:** See attached service list.

      **PLEASE TAKE NOTICE** that on Thursday October 26, 2017 at 9:00 a.m.**,** we shall appear before Judge Wood in Room 1925 in the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois 60604, and shall there and then present: **PLAINTIFFS' MOTION TO SUBMIT ADDITIONAL AUTHORITY,** a copy of which is attached and hereby served upon you.

                                        s/Daniel A. Edelman
                                        Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Emiliya Gumin Farbstein
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, hereby certify that on October 20, 2017, I caused to be filed the foregoing documents with the Clerk of the Court using the CM/ECF System, which caused a true and accurate copy of such filing to be sent to the following parties:

Anna-Katrina S. Christakis
kchristakis@pilgrimchristakis.com

Matthew O'Hair Stromquist
mstromquist@pilgrimchristakis.com

s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Emiliya Gumin Farbstein
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)