IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Ricardo A. Gomez, et al. | ) |
| Plaintiffs, | ) No. 1:14-cv-09420 |
| vs. | ) Judge Andrea R. Wood |
| Cavalry Portfolio Services, LLC, et al. | ) |
| Defendants. | ) |

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.15, Cassandra P. Miller of Edelman, Combs, Latturner & Goodwin, LLC, ("Movant") hereby notifies the parties and the Court that attorneys Francis R. Greene and Emiliya G. Farbstein withdraw their appearances as counsel for Plaintiffs Ricardo and Debora Gomez ("Plaintiffs"). Movant states as the following grounds for this motion:

1. Francis R. Greene and Emiliya G. Farbstein have represented Plaintiffs as part of their employment at Edelman, Combs, Latturner & Goodwin, LLC. Francis R. Greene and Emiliya G. Farbstein have ceased to be employed by Edelman, Combs, Latturner & Goodwin, LLC.

2. Francis R. Greene and Emiliya G. Farbstein's withdrawals will not cause any prejudice on this case. Plaintiffs continue to be actively represented by myself and other attorneys from Edelman, Combs, Latturner & Goodwin, LLC.

WHEREFORE, for the reasons set forth in this motion, Movant respectfully requests that this Court grant the motion to withdraw Francis R. Greene and Emiliya G. Farbstein's appearances as counsel for Plaintiffs Ricardo and Debora Gomez in the above-captioned case.

                                              Respectfully submitted,

                                              /s/ Cassandra P. Miller
                                              Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, hereby certify that on December 12, 2018, I caused to be filed the foregoing document with the Clerk of the Court using the CM/ECF System which sent notification to all counsel of record

                                                /s/ Cassandra P. Miller
                                                Cassandra P. Miller

Daniel A. Edelman
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com
Atty. No. 41106 (Cook)